# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 5:22-CR-0153** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EDWARD L. ANGEL, SR.** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mark L. Hornsby for Report and Recommendation. After an independent review of the record, and noting the Defendant's WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATIONS [Doc. 145], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 151] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc. 148] filed into the record of these proceedings, the guilty plea of the Defendant, Edward L. Angel, Sr., is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 64 of the INDICTMENT [Doc. 1], consistent with the REPORT AND RECOMMENDATION.

THUS, DONE AND SIGNED in Chambers on this 13th day of March 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE